# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

TABBY BUTLER                                                                             PLAINTIFF

v.                                            NO. 3:10CV00161 JLH

CRITTENDEN COUNTY, ARKANSAS, *et al.*                            DEFENDANTS

## ORDER

Presently before the Court is the Joint Motion for Continuance of the trial date in this matter. Document #8. Good cause having been shown, the motion is granted, and the trial of this matter previously set for the week of May 2, 2011, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 28th day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE