**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

TABBY BUTLER                                                                                       PLAINTIFF

v.                                           No. 3:10CV00161 JLH

CRITTENDEN COUNTY, ARKANSAS, *et al.*                                              DEFENDANTS

## ORDER

Good cause having been shown, defendants' motion for extension of discovery deadlines is GRANTED. Document #11. The discovery deadline is hereby extended up to and including July 21, 2011, and the motions deadline is extended up to and including August 4, 2011.

IT IS SO ORDERED this 6th day of July, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE