**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TABBY BUTLER                                                                                    PLAINTIFF

v.                                       NO. 3:10CV00161 JLH

CRITTENDEN COUNTY, ARKANSAS;
R.E. (DICK) BUSBY, individually and in his
official capacity as Crittenden County Sheriff;
W.A. WREN, individually and in his official
capacity as Chief Enforcement Officer; and
RODNEY STRONG, individually and in his
official capacity as Supervisor                                                              DEFENDANTS

## ORDER

Without objection, defendants' motion to extend the motion deadline is GRANTED. Document #16. The motion deadline is extended up to and including January 5, 2012.

IT IS SO ORDERED this 30th day of December, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE