**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TABBY BUTLER                                                                                                  PLAINTIFF

v.                                         NO. 3:10CV00161 JLH

CRITTENDEN COUNTY, ARKANSAS;
R.E. (DICK) BUSBY, individually and in his
official capacity as Crittenden County Sheriff;
W.A. WREN, individually and in his official
capacity as Chief Enforcement Officer; and
RODNEY STRONG, individually and in his
official capacity as Supervisor                                                                          DEFENDANTS

**ORDER**

Without objection, defendants' motion to extend the dispositive motions deadline is GRANTED. Document #19. The deadline is extended up to and including January 9, 2012.

IT IS SO ORDERED this 10th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE