# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TABBY BUTLER                                                                                         PLAINTIFF

v.                                    NO. 3:10CV00161 JLH

CRITTENDEN COUNTY, ARKANSAS;
R.E. (DICK) BUSBY, individually and in his
official capacity as Crittenden County Sheriff;
W.A. WREN, individually and in his official
capacity as Chief Enforcement Officer; and
RODNEY STRONG, individually and in his
official capacity as Supervisor                                                                      DEFENDANTS

## ORDER

Presently before the Court is the Joint Motion to Continue Trial in this matter. Document #25. Good cause having been shown, the motion is GRANTED, and the trial of this matter previously set for the week of February 27, 2012, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 17th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE