**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TABBY BUTLER                                                                                    PLAINTIFF

v.                                              NO. 3:10CV00161 JLH

CRITTENDEN COUNTY, ARKANSAS;
R.E. (DICK) BUSBY, individually and in his
official capacity as Crittenden County Sheriff;
W.A. WREN, individually and in his official
capacity as Chief Enforcement Officer; and
RODNEY STRONG, individually and in his
official capacity as Supervisor                                                              DEFENDANTS

<u>**ORDER**</u>

Without objection, the deadline for filing plaintiff's response to the defendants' motion for

summary judgment is extended up to and including February 2, 2012.  Document #28.

IT IS SO ORDERED this 25th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE