# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TABBY BUTLER                                                                                    PLAINTIFF

v.                                      No. 3:10CV00161 JLH

CRITTENDEN COUNTY, ARKANSAS;
R.E. BUSBY, individually, and in his official
capacity as Crittenden County Sheriff;
W.A. WREN, individually, and in his official
capacity as Chief Enforcement Officer,
Crittenden County Sheriff's Department;
RODNEY STRONG, individually, and in his
official capacity as Supervisor, Crittenden County
Sheriff's Department                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the defendants on the claims of Tabby Butler. Tabby Butler's federal claims are dismissed with prejudice. Her state law claims are dismissed without prejudice.

IT IS SO ORDERED this 29th of March, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE